AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 05, 2026, 2:49 pm (ea)
Lucy H.Carrillo, Clerk of Court

**SEALED**

**BY ORDER OF THE COURT**

United States of America
v.
Nolan Ezra Goldklang

*Defendant(s)*

Case No. MJ 26-00768 RT

**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 21, 2026 in the county of Honolulu in the District of Hawaii, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Interstate Communications |

This criminal complaint is based on these facts:

Please see attached affidavit in support of criminal complaint.

☑ Continued on the attached sheet.

Joshua B. Riser
*Complainant's signature*

Joshua B. Riser, Special Agent, FBI
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: August 5, 2026

City and state: Honolulu, Hawaii

[signature]

Rom A. Trader
United States Magistrate Judge

KENNETH M. SORENSON
United States Attorney
District of Hawaii

RANDOLPH J. ST. CLAIR
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Randy.StClair@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOLAN EZRA GOLDKLANG,<br><br>Defendant. | CASE NO. MJ 26-00768 RT<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Joshua B. Riser, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1. This affidavit is submitted for the purpose of establishing probable cause that on or around July 21, 2026, within the District of Hawaii, NOLAN EZRA GOLDKLANG ("GOLDKLANG"), the defendant, sent interstate communications containing threats in violation of 18 U.S.C. § 875(c).

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since April of 2010. I presently am assigned as a member of the Violent Crimes squad, working on a variety of criminal matters.

3. During my training at the FBI Academy, Quantico, Virginia, I received training on a variety of investigative and legal topics, including Fourth Amendment searches, drafting search warrant affidavits, and probable cause. In my assignments after the academy, I have investigated complex Cyber matters, crimes involving exploitation of children, violent criminal activity, and other matters.

4. Since this affidavit is being submitted for the limited purpose of obtaining an arrest warrant for GOLDKLANG, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that a federal crime has been committed by GOLDKLANG.

5. The information set forth in this affidavit was obtained during the course of my employment with the FBI and through my personal observations, the

statements of witnesses, information supplied by other local and federal law enforcement officers, and other investigative activity.

6. As such, I submit that probable cause exists to believe that on or about July 21, 2026, NOLAN GOLDKLANG issued a threatening interstate communication in violation of Title 18, United States Code, Section 875(c).

## PROBABLE CAUSE

7. On or about July 21, 2026, at 4:32pm HST, a post was made by the X social media account @NGoldklang36873 (hereafter the "Goldklang X Account"). The post read as follows:

*I'm going to murder Abraham Williams when he gets back to Oahu*

*I will slam his bloody face on the pavement until his skull cracks*

8. The Goldklang X Account had a display name of "Nolan Goldklang," and a profile photo depicting the face of a white male. The above post will hereafter be referred to as the "Abraham Williams Post."

9. On July 22, 2026, the Federal Bureau of Investigation's Honolulu Field Office (hereafter "FBI Honolulu") was made aware of the Abraham Williams Post. Through a third party, family members of NOLAN GOLDKLANG reported the post to the FBI and asserted that GOLDKLANG was responsible for the post. The family reported that GOLDKLANG had experienced mental health issues over the past several years and was obsessed with the former Congresswoman and

Director of National Intelligence, Tulsi Gabbard. From my investigation I know Abraham Williams to be Gabbard's spouse. GOLDKLANG's family believed he may have traveled to Hawaii, to meet with Gabbard.

10. On July 22, 2026, investigators telephonically contacted Gerald and Andrea Goldklang, the parents of NOLAN GOLDKLANG. GOLDKLANG's parents disclosed that on or about July 19, 2026, GOLDKLANG called them from an AT&T cellular phone store in Kapolei, Hawaii. Additionally, they received statements from GOLDKLANG's bank account and noted a charge to a restaurant in Kapolei. During the call, GOLDKLANG told them he was homeless and did not live in a shelter. GOLDKLANG's family told investigators that GOLDKLANG did not possess a phone or mobile communications device, fearing that he was being tracked. A family member also stated that GOLDKLANG had been homeless in the Washington, D.C. area in the past, and during that period, he had regularly posted to X using public libraries. GOLDKLANG's parents stated he had been diagnosed with schizophrenia during an involuntarily commitment to a mental institution. They described GOLDKLANG as "resourceful," as he escaped from the institution and, without money or a phone, navigated his way back to their home in Georgia. His parents stated he was "infatuated" with Gabbard, believing

they were married, and believed he had traveled to the state of Hawaii in or about May of 2026.

11. On July 22, 2026, investigators contacted staff at the Kapolei Public Library, which is in the general area of the AT&T store from which GOLDKLANG contacted his parents. Staff at the library stated GOLDKLANG came into the library almost every day to use the publicly available Internet-connected computers.

12. On July 24, 2026, investigators contacted GOLDKLANG in the Kapolei Public Library and he voluntarily agreed to be interviewed at a public area near the library. This interaction and interview with GOLDKLANG was audio recorded in its entirety. When investigators approached GOLDKLANG in the Kapolei Public Library, he was utilizing a computer and was logged into what appeared to be the Goldklang X Account.

13. GOLDKLANG was shown a printed copy of the Abraham Williams post and asked if he recognized it. He immediately stated, "Yes, that's Tulsi Gabbard's ex-husband."

14. GOLDKLANG stated he controlled the Goldklang X Account, and he had personally authored the Abraham Williams Post. He signed the printed post, affirming he was the author. When asked about his intent behind the post, GOLDKLANG stated he really hated Williams, and said "Fuck this guy, I want to

beat his ass." He added he wanted Williams to throw the first punch in a confrontation between them, so Williams could not sue him.

15. GOLDKLANG stated his purposes for authoring the Abraham Williams post were twofold. One purpose was that Williams would observe the post, and the other purpose was the post would "disrupt the algorithm" of a separate X account, which was advocating Gabbard for U.S. President. This account was posting information about Gabbard that GOLDKLANG believed was false or mischaracterized Gabbard.

16. GOLDKLANG stated he never intended to kill Williams; he instead wanted to fight Williams but only if Williams would throw the first punch. He stated that, in the Abraham Willims Post, the reason he had threatened to murder instead of fight Williams was that saying "murder" would cause a larger disruption in the algorithm versus saying "fight." GOLDKLANG stated Williams had engaged in psychic communication with him, and that, in these communications, Williams antagonized GOLDKLANG to fight. GOLDKLANG therefore thought that when seeing the Abraham Williams Post, Williams may start a fight with GOLDKLANG, or "throw the first punch," and that GOLDKLANG could then physically beat Williams in an unarmed fight. When asked how Williams would feel if he did see the Abraham Williams Post, GOLDKLANG replied "Maybe sk [phonetic], I guess sk [phonetic], I see how he could feel scared, like someone's

out to get him." Following the words "maybe" and "guess," GOLDKLANG uttered the phonetic sound "sk," as if beginning to say the word "scared," but cut the word short.

17. GOLDKLANG stated he had not tried to confront Williams in person and had no plans to do so. GOLDKLANG stated he wanted to engage in a "fair fight" with Williams.

18. GOLDKLANG stated he had psychic communications with Gabbard every day, and he could not live without her. He was angry because, according to him, Williams was using AI (artificial intelligence) to post as if he was physically with Gabbard when he was not. GOLDKLANG stated he learned, through psychic communications, that Gabbard and Williams had not been physically intimate in years. GOLDKLANG believed he and Gabbard would be together in person no later than October 1, 2026. When asked what he would do if he never was able to meet or be in an in-person relationship with Gabbard, GOLDKLANG stated he would probably either commit suicide or travel to Germany to meet a former college classmate.

19. GOLDKLANG stated he had been involuntarily committed to a mental institution in Florida around September of 2025 and had escaped. He

provided his diagnosis as borderline personality disorder and said he did not need medication but rather a "companion."

20. GOLDKLANG re-affirmed he would like to fight Williams, if or when Williams returned to Oahu.

21. FBI Honolulu obtained records from government systems, open-source research, and interviews, including with GOLDKLANG's parents, who provided recent photographs of him. The Goldklang X Account profile photo depicted an individual consistent in appearance with the state of Georgia driver's license photo for GOLDKLANG, and with a photograph of GOLDKLANG provided by his parents, dated April 2026.




*Profile photo of The Goldklang Account*



*Goldklang Driver's License Photo*



*Photo of Goldklang dated April 2026*

22. On July 22, 2026, Abraham Williams was telephonically interviewed regarding the post, to which he stated he was not aware of it. Investigators read

him the post in its entirety, and Williams stated he felt fear and intimidation. Williams stated he had been the target of other people in the past.

23. Based on statements from GOLDKLANG and his family, he arrived in Hawaii in May of 2026, and has remained in the state of Hawaii since that time, including on July 21, 2026.

24. I know based on my training and experience that X posts made within the State of Hawaii are transmitted through interstate commerce and routed outside the State of Hawaii.

//

//

//

//

//

//

//

//

//

//

//

//

# CONCLUSION

25. Based on the foregoing, I believe there is probable cause that on or around July 21, 2026, within the District of Hawaii, NOLAN EZRA GOLDKLANG sent threatening interstate communications in violation of 18 U.S.C. § 875(c).

DATED: Honolulu, Hawaii, August 5, 2026.

Respectfully submitted,

Joshua B. Riser

Joshua B. Riser
Special Agent
Federal Bureau of Investigation

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer at 2:08 p.m. on August 5, 2026, at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 5th day of August, 2026, at Honolulu, Hawaii.

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

Rom A. Trader
United States Magistrate Judge